**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BYRON LABADIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:19-cv-1038 |
| | ) |
| HUGH BROWNLEE and THE HUB | ) |
| OF SYRACUSE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL

NOW ON THIS 11th day of July, 2019, after careful review and consideration of Plaintiff's Motion to Voluntarily with Prejudice filed herein,

IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss with Prejudice, Doc. 5, is granted and this case is dismissed with prejudice.

IT IS SO ORDERED, ADJUDGED and DECREED.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE